# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | | |
|---|---|---|
| Barbara Pezzanite | ) | |
| | ) | |
| Plaintiff, | ) | CIVIL ACTION NO. |
| | ) | |
| v. | ) | |
| | ) | |
| Life Care Centers of America, Inc. | ) | |
| | ) | |
| Defendant. | ) | |

## NOTICE OF REMOVAL TO PLAINTIFF

TO:  Scott A.I. Hart
 The Hart Law Firm
 3350 Peachtree Road, Suite 1225
 Atlanta, Georgia 30326

Please take notice that the Defendant Life Care Centers of America, Inc. ("Defendant"), by and through its undersigned counsel, have this date filed a Notice of Removal in the United States District Court for the Northern District of Georgia, Atlanta Division, to remove the above-styled action from the State Court of Gwinnett County, Georgia, to the United States District Court for the Northern District of Georgia, Atlanta Division.  You are advised that a true and correct copy of the Notice of Removal has been filed with the Clerk of the State Court of Gwinnett County, Georgia, which has effected this removal.

This 5th day of October, 2015.

Respectfully submitted,

**HANKS BROOKES, LLC**

/s/ Joan M. Gutermuth
CRAIG A. BROOKES
Georgia Bar No. 084476
JOAN M. GUTERMUTH
Georgia Bar No. 315913
ANTHONY C. STASTNY
Georgia Bar No. 917866
*Attorneys for Defendant Life Care Centers of America, Inc.*

Two Securities Centre
3500 Piedmont Road, N.E., Suite 320
Atlanta, Georgia 30305
(404) 892-1991 (P)
(404) 892-8190 (F)
cbrookes@hanksbrookes.com
jgutermuth@hanksbrookes.com
astastny@hanksbrookes.com

## **CERTIFICATE OF SERVICE**

I herby certify that I have served a copy of the foregoing pleading upon all counsel and/or party of record, by United States mail, postage prepaid, and properly addressed as follows:

Scott A.I. Hart
The Hart Law Firm
3350 Peachtree Road, Suite 1225
Atlanta, Georgia 30326

This 5th day of October 2015.

Respectfully submitted,

**HANKS BROOKES, LLC**


/s/ Joan M. Gutermuth
JOAN M. GUTERMUTH
Georgia Bar No. 315913
*Attorney for Defendant Life Care Centers of America, Inc.*

Two Securities Centre
3500 Piedmont Road, N.E., Suite 320
Atlanta, Georgia 30305
(404) 892-1991 (P)
(404) 892-8190 (F)
jgutermuth@hanksbrookes.com

## **CERTIFICATE OF FONT**

Pursuant to N.D. Ga. Local Rules 5.1(B) and 7.1(D), I hereby certify that this document is submitted in Times New Roman 14 point type.

                                            Respectfully submitted,

                                            **HANKS BROOKES, LLC**

                                            /s/ Joan M. Gutermuth
                                            JOAN M. GUTERMUTH
                                            Georgia Bar No. 315913
                                            *Attorney for Defendant Life Care*
                                            *Centers of America, Inc.*

Two Securities Centre
3500 Piedmont Road, N.E., Suite 320
Atlanta, Georgia 30305
(404) 892-1991 (P)
(404) 892-8190 (F)
jgutermuth@hanksbrookes.com