# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | | |
|---|---|---|
| Barbara Pezzanite | ) | |
| | ) | |
| Plaintiff, | ) | CIVIL ACTION NO. 1:15-CV-03545-WSD |
| | ) | |
| v. | ) | |
| | ) | |
| Life Care Centers of America, Inc. | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER ON JOINT MOTION FOR REMAND

The parties filed a joint motion to remand the instant action. Having considered the motion, it is hereby GRANTED, and the case is remanded to the State Court of Gwinnett County.

**SO ORDERED**, this 3rd day of December, 2015.

_____
WILLIAM S. DUFFEY, JR.
UNITED STATES DISTRICT JUDGE

**PREPARED BY:**

/s/ Craig A. Brookes
CRAIG A. BROOKES
Georgia Bar No.084476
*Attorney for Defendant Life Care Centers of America Inc.*

**HANKS BROOKES, LLC**
Two Securities Centre
3500 Piedmont Road, N.E., Suite 320
Atlanta, Georgia 30305
(404) 892-1991 (P)
(404) 892-8190 (F)
cbrookes@hanksbrookes.com